UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | Crim. Case No. 95CR1973-BTM |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER AND JUDGMENT TO DISMISS THE INFORMATION |
| CARLOS SANTOYO-FLORES | ) | |
| Defendant. | ) | |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the information in the above-captioned case against CARLOS SANTOYO-FLORES be dismissed without prejudice.

IT IS FURTHER ORDERED that the arrest warrant be recalled in this matter.

DATED:   January 27, 2014

_____
HONORABLE BARRY TED MOSKOWITZ
Chief Judge
United States District Court